BENJAMIN VAN CAMPEN, Appellant, *v.* OLEAN GENERAL HOSPITAL, Respondent.

*Hospitals — within power of board of directors of hospital to drop physician from visiting staff.*

*Van Campen* v. *Olean General Hospital*, 210 App. Div. 204, affirmed. (Argued December 18, 1924; decided January 21, 1925.)

APPEAL from a judgment, entered July 26, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought to nullify the act of the board of directors of defendant, a corporation organized for the purpose of conducting a hospital, in dropping plaintiff, a physician, from the visiting medical staff.

*Patrick S. Collins* for appellant.
*James P. Quigley* and *Allen J. Hastings* for respondent.

.Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.